**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

BEI LIN,

            Petitioner,

    v.

ERIC H. HOLDER, JR., Attorney General,

            Respondent.

No. 08-71392

Agency No. A098-224-878

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 18, 2014[**]

Before:    LEAVY, FISHER, and N.R. SMITH, Circuit Judges.

    Bei Lin, a native and citizen of China, petitions pro se for review of the

Board of Immigration Appeals' ("BIA") order denying his motion to remand and

dismissing his appeal from an immigration judge's ("IJ") decision denying his

application for asylum, withholding of removal, and relief under the Convention

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Against Torture. We have jurisdiction under 8 U.S.C. § 1252. We grant the petition for review, and remand.

In upholding the IJ's denial of relief, the BIA found that, even if credible, Lin failed to submit reasonable corroboration such as a letter or affidavit from his father or Chinese pastor, and reasonable corroboration of his church attendance in the United States. In reaching these conclusions, the BIA did not have the benefit of the court's intervening decision in *Ren v. Holder*, 648 F.3d 1079 (9th Cir. 2011). Thus, we grant the petition for review, and remand Lin's claims to the agency for further proceedings consistent with this disposition. *See INS v. Ventura*, 537 U.S. 12, 16-18 (2002) (per curiam).

In light of our conclusion we do not reach Lin's remaining contentions, including his challenge to the BIA's denial of his motion to remand.

**PETITION FOR REVIEW GRANTED; REMANDED.**